HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.B.T., et al.,

          Plaintiffs,

   v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

          Defendants.

CASE NO. C11-2108 RAJ

ORDER

This matter comes before the court on the stipulation and proposed order extending the stay by the parties. Dkt. # 49.  This case has been stayed since July 2, 2012.  Each stipulation requesting an extension of the stay essentially states that significant progress has been made with the goal of reaching a full and final settlement and that a stay is needed to complete negotiations.  Dkt. ## 38, 42, 44, 46, 47, 49.  It has now been seven months that the parties have been engaging in negotiations.  This will be the court's final extension.  The parties have until March 29, 2013 to file a notice of settlement and dismissal with the court.  If the court does not receive a notice of settlement and dismissal by March 29, 2013, the Clerk will lift the stay and issue an amended case schedule.

ORDER- 1

1   Dated this 11th day of February, 2013.

                                       *[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2