HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B.T., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br><br>　　　　　　Defendants. | CASE NO. C11-2108 RAJ<br><br>ORDER |

　　　This matter comes before the court on the parties' joint motion for preliminary approval of settlement and request for fairness hearing. Dkt. # 53. With respect to the settlement agreement, the court will require that no modifications be made to the settlement agreement without court approval. *See* Dkt # 53-1 at 7 ¶ C.2 (requiring modifications to be in writing and signed by the parties). With respect to the Class Notice, the current notice provides that the settlement agreement shall end four years following the full implementation of all the terms of the Agreement, "or upon the following date: _____, whichever shall first occur." Dkt # 53-2 at 7. The court requests guidance from the parties on an appropriate date.

ORDER- 1

1  The parties shall file an amended joint motion, accompanying documents, and
2  proposed order, addressing the court's concerns.
3  Dated this 17th day of April, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2