The Honorable Richard A. Jones
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.H., M.A., A.S.D., M.F., H.L., L.M.M.M., B.M., G.K., L.K.G., and D.W., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Janet NAPOLITANO, Secretary, Department of Homeland Security; Alejandro MAYORKAS, Director, U.S. Citizenship and Immigration Services; Eric H. HOLDER, Jr., Attorney General of the United States; Juan OSUNA, Director, Executive Office for Immigration Review, <br><br> Defendants. | Case No. 2:11-cv-02108 RAJ <br><br> ORDER |

This matter comes before the court on the parties' amended joint motion for preliminary approval of settlement and request for fairness hearing. Dkt. # 60.  Having considered the motion and accompanying documents:

   1. The Settlement Agreement is preliminarily approved.

   2. The Class Notice, attached as Exhibit A to the Settlement Agreement, is approved.

ORDER - 1

3. Notice shall be given in the manner specific in Section II.B.6 of the Settlement Agreement.

4. This matter is set for a fairness hearing on the 20th day of September, 2013, at 10:00 a.m. at the United States Courthouse, 700 Stewart Street, Seattle WA 98101, in the Courtroom of the Honorable Richard A. Jones.

DATED this 7th day of May, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2