The Honorable Richard A. Jones
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.H., M.A., A.S.D., M.F., H.L., L.M.M.M., B.M., G.K., L.K.G., and D.W., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Janet NAPOLITANO, Secretary, Department of Homeland Security; Alejandro MAYORKAS, Director, U.S. Citizenship and Immigration Services; Eric H. HOLDER, Jr., Attorney General of the United States; Juan OSUNA, Director, Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:11-cv-02108 RAJ<br><br>[PROPOSED] ORDER APPROVING NOTICE ON ATTORNEYS' FEES AND MODIFICATION OF SETTLEMENT AGREEMENT |

Having considered the parties' Joint Motion for Approval of Notice on Attorneys' Fees and

Modification of Settlement Agreement, this Court orders that:

1. The Revised Class Notice, attached as Exhibit A to the Joint Motion (Dkt. # 68), is approved.

2. Notice shall be given and the parties will post the Notice in the manner specified in Section II.B.6 of the Settlement Agreement by September 30, 2013

[PROPOSED] ORDER APPROVING NOTICE - 1 of 2
2:11-cv-02108 RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 SECOND AVE., STE. 400
SEATTLE, WA  98104
TELEPHONE (206) 957- 8611
FAX (206) 587-4025

Dated this 27th day of September, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER APPROVING NOTICE - 2 of 2
2:11-cv-02108 RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 SECOND AVE., STE. 400
SEATTLE, WA 98104
TELEPHONE (206) 957- 8611
FAX (206) 587-4025